# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

Robert P. Young, Jr.,
Chief Justice

147962

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

FEDERAL HOME LOAN MORTGAGE
CORPORATION,
       Plaintiff-Appellee,

v

                                       SC: 147962
                                       COA: 313407

GEORGE TOSSA and JULIAN T. TOSSA,
       Defendants-Appellants.
                                       Macomb CC: 12-003039-AV

_____/

       On order of the Court, the application for leave to appeal the September 24, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

t0224